Filed 3/30/15  P. v. Stout CA2/1

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE, | B258082 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. LA070572) |
| v. | |
| JASON STOUT, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County.  Gregory A. Dohi, Judge.  Affirmed.

Christopher Nalls, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

Jason Stout pleaded no contest to two counts of first degree residential burglary (a felony) and was sentenced to an aggregate term of 12 years 8 months. He filed a timely appeal but the record contains no certificate of probable cause.

We appointed counsel to represent appellant in this matter. After examining the record, counsel filed a "*Wende*" brief raising no issues on appeal and requesting that we independently review the record. (*People v. Wende* (1979) 25 Cal.3d 436.) We directed appointed counsel to immediately send the record on this appeal and a copy of the opening brief to appellant and notified appellant that within 30 days from the date of the notice he could submit by brief or letter any grounds of appeal, contentions or argument he wished us to consider. We received no response from appellant.

In the case of a felony conviction based on a plea of guilty or no contest, an appeal is generally barred unless a certificate of probable cause is obtained or the challenge is to the sentence. (See 6 Witkin & Epstein, Cal. Criminal Law (4th ed. 2012), Criminal Appeals, §§ 9, et seq.)

The record in this case contains no certificate of probable cause and we see no error in the sentence imposed.

**DISPOSITION**

Accordingly, the judgment is affirmed.

NOT TO BE PUBLISHED.


ROTHSCHILD, P. J.

We concur:


JOHNSON, J.


BENDIX, J. *

---

* Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.